IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES N. HOLLINGER | : |
| | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| v. | : |
| | : |
| | : |
| READING HEALTH SYSTEM, et al., | : NO. 15-5249 |
| | : |
| Defendants. | |

# O R D E R

**AND NOW**, this 30th day of January, 2017, upon consideration of plaintiff's second amended complaint (Doc. No. 36), defendants' motion to dismiss (Doc. No. 37), defendants' memorandum in support of the motion to dismiss (Doc. No. 38), plaintiff's response in opposition to the motion to dismiss (Doc. No. 39), defendants' reply brief in support of the motion to dismiss (Doc. No. 42), and plaintiff's sur-reply to defendants' motion to dismiss (Doc. No. 45), **IT IS HEREBY ORDERED** that:

1. Plaintiff's ADA claim (Count I) is **DISMISSED**.

2. Plaintiff's RA claim (Count II) is **DISMISSED**.

3. Plaintiff's state law claim (Count V) is **DISMISSED**.

4. The motion to dismiss (Doc. No. 37) is **GRANTED** and judgment is entered for defendants against plaintiff on the entirety of the complaint.

5. This case is **CLOSED**.

BY THE COURT

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.